

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Pedro De La Rosa and
Angelina De La Rosa,

\* From the 441st District Court
of Midland County,
Trial Court No. CV52579.

Vs. No. 11-19-00123-CV

\* April 8, 2021

Basic Energy Services, L.P.,
by and through its General
Partner, Basic Energy Services
GP, LLC,

\* Memorandum Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the order below. Therefore, in accordance with this court's opinion, we reverse the trial court's order and remand the cause to the trial court for further proceedings. The costs incurred by reason of this appeal are taxed against Basic Energy Services, L.P., by and through its General Partner, Basic Energy Services GP, LLC.